IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| GARY HAMMOND and JIM REED, on behalf of themselves and all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CASE NO.: 2:07-cv-1746 |
| ALCOA, INC., as a successor in interest by way of merger with REYNOLDS METALS COMPANY, 201 Isabella Street Pittsburgh, PA 15212-5858, | ) ) ) ) ) ) ) ) | UNOPPOSED MOTION AND NOW, THIS 22nd DAY OF May 08, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED. |
| The Reynolds Metals Company Pension Plan For Hourly Workers; and | ) ) ) | |
| The Reynolds Metals Company Retiree Group Benefit Plan, Retiree Health Care Plan | ) ) ) ) | /s/ GARY L. LANCASTER, UNITED STATES DISTRICT JUDGE |
| Defendants. | ) | |

## AMENDED UNOPPOSED MOTION TO SUBSTITUTE "ALCOA RETIREMENT PLAN II, RULE IID" IN LIEU OF THE "REYNOLDS COMPANY PENSION PLAN FOR HOURLY WORKERS" IN ORDER TO CORRECTLY IDENTIFY THE DEFENDANT

COME NOW the Plaintiffs and move this Court to amend the pleadings and substitute the "Alcoa Retirement Plan II, Rule IID" (hereinafter referred to as "Alcoa Plan") in lieu of the "Reynolds Metals Company Pension Plan for Hourly Employees" (hereinafter referred to as "Reynolds Plan") as the correct pension plan at issue pursuant to Rules 15 and 17 of the Federal Rules of Civil Procedure.

1. The Defendant has raised in FN 1 to its Brief in Support of Motion for Summary Judgment that the "Reynolds Metals Company Pension Plan for Hourly