IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARY HAMMOND and )
JIM REEVE, on behalf of )
themselves and all similarly )
situated individuals, )
) Civil Action No. 07-1746
      Plaintiffs, )
)
   v. )
)
ALCOA INC., et al., )
)
      Defendants. )

ORDER OF COURT

AND NOW this 13 day of June, 2008 IS HEREBY ORDERED

that plaintiffs' motion for discovery [Doc. No. 31] is DENIED.

BY THE COURT,

_____, J.

cc:   All Counsel of Record