IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| GARY HAMMOND and JIM REED, on behalf of themselves and all similarly situated individuals, ) ) ) ) ) Plaintiffs, ) ) v. ) ) ALCOA INC., ALCOA RETIREMENT ) PLAN II, RULE IID; and THE REYNOLDS ) METALS COMPANY RETIREE GROUP ) BENEFITS PLAN, ) ) Defendants. ) | Case No. 2:07-cv-1746 |

## ORDER GRANTING AWARD OF ATTORNEYS' FEES TO DEFENDANTS PURSUANT TO 29 U.S.C. § 1132(g)(1)

This matter comes before the Court on consideration of Defendants' Motion For Entry Of An Award Of Attorneys' Fees To Defendants Pursuant to 29 U.S.C. § 1132(g)(1). The Court having considered the Motion and the pleadings and other papers on file in this action, the Court is of the opinion that an award of attorneys' fees to Defendants is appropriate and Defendants' Motion is hereby **GRANTED.**

It is hereby **ORDERED** that Plaintiffs Gary Hammond and Jim Reed are to pay to Defendants the sum of **Fifteen Thousand Dollars ($15,000.00)** for time spent and fees incurred in the process of defending against Plaintiffs' claims in the above-captioned matter. Judgment shall be entered in Defendants' favor in the amount of Fifteen Thousand Dollars ($15,000.00), and Plaintiffs Gary Hammond and Jim Reed are joint and severally liable for this sum until it is paid in full to Defendants. The Court shall retain jurisdiction over this matter for the purpose of enforcing the award of attorneys' fees to Defendants and the Court's judgment therefore.

1

SO ORDERED this 18th day of June, 2009.

By: _____
The Honorable Gary L. Lancaster
Judge, United States District Court
Western District of Pennsylvania

2